Submitted on record and briefs April 6, reversed May 23, 2007

In the Matter of M. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. B.,
*Appellant.*

Multnomah County Circuit Court
061070416; A133755

159 P3d 1224

Daniel J. Casey filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Appellant appeals a judgment of civil commitment in which the trial court concluded that he is a mentally ill person who, because of a mental disorder, is dangerous to himself and is unwilling, unable, or unlikely to participate in treatment on a voluntary basis. ORS 426.005(1)(d). He contends that (1) the trial court erred in overruling his objection to the admissibility of certain evidence on hearsay grounds and (2) the trial court erred in ordering him committed because the evidence is legally insufficient. The state agrees that the record does not contain sufficient evidence to support an involuntary commitment. We agree and accept the state's concession. Because we agree that the evidence is legally insufficient to support the commitment, we need not address appellant's other assignment.

Reversed.